STATE OF OHIO, EX REL ADAM BECKER, V. DAVID LINGLER.

PER CURIAM.

The principles recognized in the foregoing case are equally applicable to this case and lead to a similar conclusion.

A judgment will issue herein against David Lingler ousting him from the office of chief of the fire department and of re-instatement of Adam Becker to said office.